CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
CAREL MARITIME CO.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy
George E. Murray

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAREL MARITIME CO.,

                Plaintiff,

        v.

PRIMITIVO TRANSPORT SA,

                Defendant.
------------------------------------------------------------X

09 CV 5566 (GEL)

[stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7-7-09]

## ORDER VACATING PROCESS OF MARITIME ATTACHMENT, DIRECTING THE RELEASE OF FUNDS UNDER ATTACHMENT AND DISMISSING THE ACTION

**WHEREAS,** pursuant to Process of Maritime Attachment and Garnishment, The Plaintiff attached funds belonging to the Defendant in the amount of $250,466.26, which are being held by garnishee Citibank N.A. in accordance with the Process of Maritime Attachment and Garnishment;

**WHEREAS,** the Defendant PRIMITIVO TRANSPORT SA has not appeared in the action, but the parties have advised the Court that they have now resolved and settled their dispute;

**WHEREAS**, the Plaintiff and Defendant have presented evidence of the settlement by way of the letter application from the Plaintiff's counsel, Owen F. Duffy dated July 2, 2009, and the accompanying declaration of the same date from the Defendant's counsel in Greece, Ms. Fay Catsiba of Premium Conusl L.L.C.;

**NOW, THE COURT HAVING REVIEWED AND CONSIDERED THE LETTER APPLICATION OF THE PLAINTIFF'S COUNSEL AS WELL AS THE DECLARATION OF MS. FAY CATSIBA,**

**IT IS HEREBY ORDERED** that the that he Process of Maritime Attachment, issued pursuant to this Court's Order dated June 18, 2009 is hereby vacated and all garnishees that have been served with the Process of Maritime Attachment are no longer required to comply with the Process of Maritime Attachment and Garnishment and that any and all property, tangible or intangible, including funds, assets, cash, goods chattels, credits, effects, debts owed by or owed to the defendant Primitivo SA, or monies to be paid to discharge a debt owed to defendants, debts paid to defendants under letters of credit, and/or monies to be paid to discharge a debt from defendants, including monies to be electronically transferred by or to the defendants that may have been attached or garnished pursuant to said Process, are to be immediately released;

**IT IS HEREBY ORDERED** that the garnishee, Citibank N.A., which has restrained, and is holding two payments in the amounts of $101,658.48 and $148,807.77, for a total of $250,466.24, shall release said funds and disburse them as follows:

- The sum of $202,242.37 shall be wired to the IOLA account of the Plaintiff's counsel, Chalos, O'Connor & Duffy LLP, the details of which are:

    State Bank of Long Island
    960 Port Washington Blvd., Port Washington, NY 11050
    ABA 021401617
    Chalos, O'Connor & Duffy IOLA Account: 1517007976; and,

2

- The balance in the amount of $48,223.87 shall be wired to the account of the Defendant, Primitivo SA, the details of which are:

    HSBC Bank PLC
    Piraeus – Greece
    USD account no.: 001-059518-071
    BIC: MIDLGRAA
    Iban No. GR52 0710 0010 0000 0105 9518 071
    In favour of: Primitivo Transport SA

**IT IS HEREBY ORDERED**, that plaintiff's counsel is to immediately communicate the contents of this Order to every garnishee served with said Process, upon receipt thereof, and is to serve a copy of this Order on said garnishees by the most expeditious means possible by the end of business, today, July  , 2009, and the plaintiff's counsel is to immediately send a copy of this Order to the Defendant.

**IT IS HEREBY ORDERED** that this action be and the same is hereby dismissed, with prejudice and without costs, but is subject to reopening upon application of either party if necessary to ensure compliance of this Order by the garnishees.

Dated: New York, New York
       July 7, 2009

SO ORDERED:

~~Hon. Gerard E. Lynch,~~     HON. RICHARD J. HOLWELL
~~United States District Judge.~~ UNITED STATES DISTRICT JUDGE

3